

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HENRY L. NELSON | CIVIL ACTION NO. 12-cv-2276 |
| VERSUS | JUDGE STAGG |
| LOUISIANA ATTORNEY DISCIPLINARY BOARD, ET AL | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed with prejudice** for failure to state a claim under the federal Freedom of Information Act on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 16th day of October, 2012.

TOM STAGG
UNITED STATES DISTRICT JUDGE